IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

In Re: Glenn Royce Favre,                )    Case No. 08-85264-MHM
                                         )
                                         )
_____  )

GLENN ROYCE FAVRE,                       )
                                         )
    Claimant.                            )
                                         )    Adversary Action No. 09-9072
v.                                       )
                                         )
ERIC MILLER,                             )
                                         )
    Defendant.                           )

## ANSWER, DEFENSES AND COUNTERCLAIM

Comes Now Eric Miller, Defendant in the above-styled matter and responds to the Plaintiffs' Complaint as follows:

### FIRST AFFIRMATIVE DEFENSE

Plaintiffs fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

This Court Lack Subject Matter jurisdiction over this matter.

### THIRD AFFIRMATIVE DEFENSE

There has been insufficient process in this matter.

### FOURTH DEFENSE

There has been insufficient service of process in this matter.

1

## FFITH DEFENSE

Defendant pleads the affirmative defense of unclean hands on the part of the Plaintiff Glenn Favre.

## SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are prohibited pursuant o O.C.G.A. 9-2-5 as claims for the recovery of the debt alleged in this action is already pending in the State Court of Fulton County, Civil Action No. 09VS160028-B.

## SEVENTH DEFENSE

Plaintiff has failed to properly plead the matter as required by Bankruptcy Rule of Procedure 7008.

## EIGHTH AFFIRMATIVE DEFENSE

1.

Defendant denies the allegations of this paragraph as alleged.

2.

Defendant admits the allegations of paragraph 2 of the complaint.

3.

Defendant denies the allegations of paragraph 3.

4.

(1)   Denied

(2)   Denied

(3)   Denied

(4)   Denied

(5)   Denied

(6) Denied

(7) Defendant is without sufficient information to admit nor deny such allegations.

5.

Defendant can neither admit nor deny the allegations of paragraph 5 as they are requests for relief but to the extent and admission or denial is required the Defendant denies that the Plaintiff is entitled to any Relief from the Court pursuant to this Complaint or any other.

6.

Defendant denies any other allegations made in the complaint that were not expressly admitted or denied.

**COUNTERCLAIM**

1.

The Plaintiff is subject to the jurisdiction and venue of the court by filing this action in this Court.

2.

This complaint was filed for an improper purpose and to harass and cause undue expenses of litigation to the Defendant.

3.

3

The debt that the Plaintiff, Glenn Favre, seeks to collect from the Defendant was determined during his Chapter 7 bankruptcy proceeding to be the debt of his company, Top to Bottom Renovations LLC, and not his personal debt.

4.

Top to Bottom Renovations LLC is a Georgia corporation owned and operated by the Plaintiff herein.

5.

The Plaintiff's bankruptcy proceeding was completed the Plaintiff was discharged and the case closed on April 7, 2009.. There is no pending Bankruptcy Case in which this adversary action can be filed and ruled upon.

6.

The Plaintiff on behalf of his company Top to Bottom Renovations LLC has initiated action against the Defendant for the debt he seeks to collect herein in the State Court of Fulton County, Civil Action No. 09vs160028-B, hereinafter "Fulton County suit:. The Plaintiff knows that the monies sought to be collected herein are the same monies Top to Bottom Renovations LLC is seeking to collect in the Fulton County suit.

7.

There is not evidentiary support for the claims made by this Plaintiff as any contract entered into was between the Plaintiff's company Top to Bottom Renovations LLC and the Defendant not the Plaintiff personally.

8.

The Plaintiff has violated the provisions of Bankruptcy Rule of Procedure 9011.

4

WHEREFORE, the Defendant prays for the following relief:

(1) That the Plaintiffs' complaint be dismissed in its entirety with all costs taxed against Plaintiff;

(2) Award all costs and attorney fess incurred by the Defendant pursuant to Rule 9011 in an amount to be determined at hearing; and

(3) All other relief deemed just and fair by this Court.

This 16th day of November, 2009.

_____
Kimberly A. Dymecki
Georgia Bar No. 236940

152 Nassau St., NW
Atlanta, Georgia 30303
(404) 230-9155

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the within Brief upon the opposing party by depositing a copy in this United States Mail with adequate postage affixed to insure delivery to:

Glenn Favre
110 South Columbia Drive # 11
Decatur, Georgia 30030

This 16th day of November, 2009.

_____
Kimberly A. Dymecki
Ga. Bar No. 236940

152 Nassau Street
Atlanta, Georgia 30303
(404)230-9155

5