IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

FILED
IN CLERK'S OFFICE
BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 21 2009

H. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

In Re: Glenn Royce Favre,                )    Case No. 08-85264-MHM
                                         )
                                         )
_____
                                         )
GLENN ROYCE FAVRE,                       )
                                         )
     Claimant,                           )
                                         )    Adversary Action No. 09-9072
v.                                       )
                                         )
ERIC MILLER,                             )
                                         )
     Defendant.                          )

## AFFIDAVIT

Personally appeared before the undersigned officer, duly authorized to administer oaths, who after being duly sworn before the undersigned officer states on oath as follows:

1.

My name is **Kevin Seaman** and I am over the age of eighteen (18) years old and give this affidavit based upon my personal knowledge of the facts contained herein. If I were called upon to testify I would swear under oath to the facts contained in this affidavit.

2.

I understand that this affidavit will be used in the Bankruptcy Court for the Northern District of Georgia and in Support of a Motion to Dismiss filed by the Defendant in the above-referenced case and for any other purpose allowed by law.

3.

On October 17, 2009, I was house sitting for Eric Miller. His home is located at 570 Cresthill Ave., Atlanta, Ga, 30306.

4.

On October 17, 2009, while I was house sitting for Eric Miller, Glenn Favre appeared at Mr. Miller's door and left with me a copy of some papers. A true and correct copy of the papers that were left with me are attached hereto as Exhibit 1.

1

5.

I am familiar with Glenn Favre and know that the person that left the papers was Glenn Favre.

Further affiant sayeth not.

This 18th day of November, 2009.

_____   Kevin Seaman
                             Printed Name:

Sworn to and Subscribed to
This 19 day of November, 2009.

_____
Notary Public

Notary Public, DeKalb County, Georgia
My Commission Expires June 14, 2013

2