IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

**FILED**
IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

DEC 21 2009

M. REGINA THOMAS,
CLERK

BY: _____
DEPUTY CLERK

| | |
|---|---|
| In Re: Glenn Royce Favre, ) | Case No. 08-85264-MHM |
| ) | |
| ) | |
| GLENN ROYCE FAVRE, ) | |
| Claimant, ) | |
| ) | Adversary Action No. 09-9072 |
| v. ) | |
| ) | |
| ERIC MILLER, ) | |
| Defendant. ) | |

## AFFIDAVIT

Personally appeared before the undersigned officer, duly authorized to administer oaths, who after being duly sworn before the undersigned officer states on oath as follows:

1.

My name is Eric Miller and I am over the age of eighteen (18) years old and give this affidavit based upon my personal knowledge of the facts contained herein. If I were called upon to testify I would swear under oath to the facts contained in this affidavit.

2.

I understand that this affidavit will be used in the Bankruptcy Court for the Northern District of Georgia and in Support of a Motion to Dismiss filed by the Defendant in the above-referenced case and for any other purpose allowed by law.

3.

In August 2008, I entered a contract with Top to Bottom Renovations LLC to perform certain construction services on my home.

4.

On September 29, 2008, an Amendment to the contract between myself and Top to Bottom Renovations LLC was entered which added some work and extended the completion date to October 14, 2008.

1

5.

Attached hereto as Exhibit 1 is a true and correct copy of the original contract and the amendment thereto, that I executed with Top to Bottom Renovations LLC for the construction work at my home.

6.

As of October 14, 2008, I had paid Top to Bottom Renovations, its agent Gelnn Favre or its sub-contractors the total sum of $28,900 towards the completion of the construction work at my home.

7.

On November 26, 2008, Top to Bottom Renovations filed a lawsuit against me in the Magistrate Court of Fulton County. Attached as Exhibit 2 is a true and correct copy of that lawsuit.

8.

On April 15, 2009, Top to Bottom Renovations amended its claim against made seeking additional damages and the case was removed from Magistrate Court and sent to State Court Fulton County. See Exhibit 3 which is a true and correct copy of the amendment and the removal to State Court.

9.

The State Court of Fulton County case is still pending and discovery is ongoing.

10.

I have only entered into one contract for repair work to my home and that was with Top to Bottom Renovations. I never entered a contract with or promised to pay Glenn Favre personally for any work completed at my home or anywhere else for that matter.

11.

I was not personally served with the summons and complaint in this action.

Further affiant sayeth not.

This 18th day of November, 2009.

_____
Eric Miller

Sworn to and Subscribed to
This 18 day of November, 2009.

_____
Notary Public
Notary Public, DeKalb County, Georgia
My Commission Expires June 14, 2013

2